# UNITED STATES DISTRICT COURT
for the
Western District of New York ▼

_____ Division

| | |
|---|---|
| Eric M. Hawkins ) | Case No. **25 CV 6300-G** |
| ) | *(to be filled in by the Clerk's Office)* |
| ) | |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- ) | |
| Erie County Correctional Health ) | |
| Erie County Correctional Facility ) | *[FILED stamp: UNITED STATES DISTRICT COURT, JUN 9 2025, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]* |
| Deputy Superintendent Sandra Amoia ) | |
| John Garcia, Erie County Sheriff ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Eric M. Hawkins  ICN#31975 |
| Street Address | 11581 Walden Avenue |
| City and County | Alden, Erie |
| State and Zip Code | New York 14004 |
| Telephone Number | 716-937-5585 |
| E-mail Address | Do not have one at this time |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Erie County Correctional Health
    Job or Title (if known): unknown
    Street Address: 10 Delaware Avenue
    City and County: Buffalo, Erie
    State and Zip Code: New York 14202
    Telephone Number: unknown
    E-mail Address (if known): unknown

Defendant No. 2
    Name: Erie County Correctional Facility
    Job or Title (if known): unknown
    Street Address: 11581 Walden Avenue
    City and County: Alden, Erie
    State and Zip Code: New York 14004
    Telephone Number: 716-937-5585
    E-mail Address (if known): unknown

Defendant No. 3
    Name: Sandra Amoia
    Job or Title (if known): Deputy Superintendent
    Street Address: 10 Delaware Avenue
    City and County: Buffalo, Erie
    State and Zip Code: New York 14202
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name: John Garcia
    Job or Title (if known): Erie County Sheriff
    Street Address: 120 West Eagle Street
    City and County: Buffalo, Erie
    State and Zip Code: New York 14202
    Telephone Number: 716-858-1757
    E-mail Address (if known): unknown

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Constitutional Rights V, VIII, XIV Amendments, UN Human Rights & Treaty with The UN, Violation of Human Rights

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* N/A, is a citizen of the State of *(name)* N/A.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. Or is a citizen of *(foreign nation)* N/A.

b. If the defendant is a corporation

The defendant, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

Or is incorporated under the laws of *(foreign nation)* N/A , and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Yes the amount is more than $75,000. The amount will be $100,000,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am not being treated for my medical condition inflicting more damage to my body and mental spirit. There is a rapid deterioration of my mental well-being due to the indifference of the people in power over my health and well-being to the point of criminal action as I am in fear for my life as my medical condition worsens. This is a clear violation of my human rights under the Constitution of the United States, International law and ethical standards of the world.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Mental duress from the lack of care, stress(physical and psychological damage) impairing my ability to live day to day without pain. inability to sit down for short periods of time, difficulty in dressing, showering and basic hygiene upkeep. The unprofessional, nasty and abusive treatment(lack thereof) from the Correctional Health staff. I feel like a 2nd class citizen because Sandra Amoia and John Garcia has not paid attention to my numerous request for care. I cannot sleep at night due to anxiety which has caused me to be placed on anxiety medication. I am seeking punitive damages in the amount of $100,000,000 for the pain and suffering which is cruel and unusual punishment and a clear violation of my civil rights under the Constituition of the United States.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    05/28/2025

Signature of Plaintiff    [signature]
Printed Name of Plaintiff    Eric M. Hawkins

### B.  For Attorneys

Date of signing:

Signature of Attorney    N/A
Printed Name of Attorney    N/A
Bar Number    N/A
Name of Law Firm    N/A
Street Address    N/A
State and Zip Code    N/A
Telephone Number    N/A
E-mail Address    N/A

[signature]
RONALD DOLYK
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, N.Y.
My Commission Expires Dec 31, 20 2C

# ERIE COUNTY CORRECTIONAL FACILITY
## 11581 Walden Avenue    Alden, NY 14004

To Whom this May Concern:

I, Eric Hawkins, ICN #31975 am currently in the custody of the Erie County Sheriff's housed at the Erie County Sheriff's for approxiamately (16) months. I am indigent and without a source of income.

I respectfully request the waiver of all fees associated with the filing of this application.

Dated: June 3, 2025

Respectfully,

E/␣

Eric Hawkins