To Mary C. Lowenguth, Clerk:

I, Eric M. Hawkins, write this addendum in regard to a previously filed complaint 25-cv-6300. These statements are to the best of my knowledge.

On or about August 16, 2024 major court proceedings began with my wife Adena Hawkins. Dates and times were sent to the Erie County Correctional Facilities, the Monroe County Court making it known to them that at various dates I needed to attend. Due to negligence of the officials of the Correctional Facility caused me to be in contempt of court by not facilitating the court orders for me to attend the divorce proceedings. The result of which caused a default judgement in favor of the Plaintiff causing me to loose all marital assets and irrevocable loss of family heirlooms. When making the faculty aware they brushed it off as nothing. Only adding to the mental stress and depression caused by the inhuman manner in which they regard inmates.

In addition to the cruel and inhuman treatment with sub-standard food not fit for human consumption. If I do not eat I would starve because I am indigent.

We are all dressed in orange pajamas that consist of long sleeved sewatshirts(material like) and tee shirts. Correctional facility staff turns on the air conditioning to the facility where temperatures are very low sometimes in the 40's and 50's daily making it impossible to keep warm. No headgear is allowed.

Being forced to use an unclean bathroom without doors and walls where male and female guards are able to view my half naked body at their whim and other inmates in the bathroom at the same time staring at each other.

Being forced to get drinking water out of the dirty sinks using dirty cups and it is unknown of the cleanliness of the water with varying colors.

Being forced to sleep in a double bunk bed housing dorm that has been outlawed since 2020 in violation of Correctional Law 607 thus creating anxiety and sleepless nights. I feel like I am inside a coffin.

Being forced to shower in a public setting with no doors or walls separating each stall with again male and female guards being able to view my completely naked body anytime they wish.

Being forced and subjected to strip searches against my will with the threat if I don't comply I could be placed inside the "Box" for days maybe weeks.

These are all violations of the Human Rights Laws in most states violating the United States and United Nations treaties on Human Rights of 1999, and Human Enforcement Act of 2009. Most civilized nations adhere to this standard along with Civil Rights violations and the VIII

Amendment of the United States Constitution.

Dated: June 13, 2025

_____
Plaintiff



NAME: Eric M. Hawkins   ICN# 31975
ERIE COUNTY CORRECTIONAL FACILITY
11581 WALDEN AVENUE
ALDEN, NY 14004

25-cv-6300

ATTN: Clerks Office
US District Court
Western District of New York
2 Niagara Street
Buffalo, NY 14202

Legal Mail

BUFFALO NY 140
18 JUN 2025

USDC - WDNY
JUN 20 2025
BUFFALO