

# COUNTY OF ERIE

JEREMY C. TOTH
COUNTY ATTORNEY

KRISTEN M. WALDER
DEPUTY COUNTY ATTORNEY

DEPARTMENT OF LAW

April 7, 2026

***Via CM/ECF***
Hon. Frank P. Geraci, Jr.
United States District Court - Rochester Division
U.S. Courthouse
100 State Street
Rochester, New York 14614

> **Re:     Hawkins, Eric - Valentin Order**
> **Our File No.: 31-20260013**
> **Case No.: 6:25-cv-06300-FPG**

Dear Judge Geraci:

By Order dated March 10, 2025 (Dkt. No. 12), you requested that the Erie County Attorney identify the full name, with correct spelling, and last known service address of John Doe Physician Assistant at the Erie County Holding Center, John Doe #1 Nurse Practitioner at the Erie County Correctional Facility, and Lieutenant Groves within 30 days of the date of this Order.

In response, I advise the Court as follows:

> (i)     We have identified Defendant "John Doe #1 Nurse Practitioner as Carrie Lodestro, NP. Her last known service address is as follows: Erie County Holding Center, 40 Delaware Avenue, Buffalo, New York 14202.

> (ii)    We have identified a Michael Groves, Corrections Sergeant, from a review of our email database. If this is the correct individual, he can also be served at the Erie County Holding Center, 40 Delaware Avenue, Buffalo, New York 14202.

> (iii)   After a diligent inquiry, we were advised by the Correctional Health Division for the Erie County Sheriff's Office that they do not employ physicians' assistants.

Hon. Frank P. Geraci, Jr.
April 7, 2026
Page 2


Please advise if my office can be of further assistance.

Respectfully submitted,

*s/Jeremy C. Toth*

JEREMY C. TOTH
Erie County Attorney

JCT/dld

cc:    Eric M. Hawkins (via first-class mail)


## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed the foregoing letter to the Hon. Frank P. Geraci, Jr. with the Clerk of the District Court for the Western District of New York, using its CM/ECF system.  Thereafter, on April 7, 2026, my office mailed a copy of this letter to Plaintiff *Pro Se* Eric M. Hawkins via first-class, United States mail to the following address:

> Eric M. Hawkins
> Plaintiff Pro Se
> 25-B-1284
> Wende Correctional Facility
> Wende Road, PO Box 1187
> Alden, New York 14004-1187


*s/Jeremy C. Toth, Esq.*
Jeremy C. Toth, Esq.